**Exhibit A to the Complaint**

**Location:** Livingston, NJ  
**Total Works Infringed:** 26  
**IP Address:** 71.172.87.186  
**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 357368276B0AC817665C03F98D81B5A2B6E90183 | 03/15/2019 01:57:26 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 2 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | 10/27/2018 02:00:18 | Vixen | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 3 | 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658 | 03/09/2019 15:26:45 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 4 | 0EC4175FCFC157B8828AA3E6E4CBC22A1C5021BB | 10/27/2018 20:10:52 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 5 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | 10/27/2018 02:01:35 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 6 | 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1 | 03/02/2019 17:03:52 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 7 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 02/22/2019 03:15:30 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 8 | 35DB5848353DBB38DB895E2103028DB940A8EF1F | 10/27/2018 14:32:08 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 9 | 3896D6926D371A520A42BA151B77F163A2BB5CB9 | 03/22/2019 02:19:27 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 10 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | 03/02/2019 17:07:51 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 11 | 5F8A6723E2F442CFA27B24FD9AA8EA8FEC53C416 | 11/28/2018 03:08:22 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 12 | 62262C61602C01235FC02017D912EEDBFD38EA22 | 10/27/2018 01:13:40 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 13 | 62D04DB1D5F98E200DA8E4DD2744EEB9FB56E9C4 | 03/09/2019 15:24:50 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 14 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 03/11/2019 03:48:51 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 15 | 821F855568FE4AC5875613F128A9D9527DE3BF59 | 03/02/2019 02:46:34 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 16 | 8A6F4B2D495BDFF5C7C255266DA06E8E0BA41B22 | 04/06/2019 01:56:12 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 17 | A1116BE2B18C555A87C9C7F10F2A9993547AB7E8 | 10/28/2018 00:37:12 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | 10/27/2018 02:02:07 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 19 | BC7DB9E318C2011D44D090E1318A3BF9C4D93226 | 02/18/2019 01:46:24 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 20 | BFF5A5802AB6C5829DC5D381C1552AB7CA0943DE | 12/05/2018 23:59:54 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 21 | C0E85250C4665B97E6430774E95F95EEF1572F2C | 04/12/2019 00:35:21 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 22 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | 03/02/2019 17:05:30 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 23 | D6F13BDEE809DD8CEC69657278BB06C38E1D6776 | 10/27/2018 14:10:39 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 24 | E3A72A492A2E14A9260626FF1A342DA717136519 | 10/28/2018 00:30:49 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 25 | EAA8A5DEE2A6FFFBA8FF49131DB25753F03B98C4 | 10/20/2018 14:48:58 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 26 | F2F1D363DB5FAAF52E0991EC8D44300307CF976C | 11/22/2018 01:48:47 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |